# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Margaret Marie Cook,<br><br>Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC, Trans Union LLC, and Broker Solutions, Inc. d/b/a New American Funding,<br><br>Defendants. | Civil Action File No.:<br>1:21-cv-04974-JPB-AJB |

## NOTICE OF SETTLEMENT AS TO
## EQUIFAX INFORMATION SERVICES LLC

Plaintiff, Margaret Marie Cook, hereby notifies the Court that a settlement of the above-referenced action has been reached with Equifax Information Services LLC ("Equifax"). Plaintiff and Defendant, Equifax anticipate needing approximately 60 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant, Equifax.

Accordingly, Plaintiff respectfully submits that this obviates the need for Defendant, Equifax to make any Court required filings prior to dismissal.[1]

Respectfully submitted this 16th day of February, 2022.

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*

---

[1] If, however, the settlement is not concluded within the next 60 days, Plaintiff will timely notify the Court.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2022, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Equifax Information Services LLC via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Christine Kapur
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*