# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Margaret Marie Cook, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:21-cv-04974-JPB-AJB |
| v. ) | |
| ) | |
| Equifax Information Services ) | |
| LLC, Trans Union LLC, and ) | |
| Broker Solutions, Inc. d/b/a New ) | |
| American Funding, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO TRANS UNION LLC

Plaintiff, Margaret Marie Cook, by and through undersigned counsel, hereby dismisses this action against Defendant, Trans Union LLC, **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 14th day of April, 2022.

1

**BERRY & ASSOCIATES**

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2022, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Trans Union LLC, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Justin Walton<br>TransUnion LLC<br>555 W. Adams Street<br>Chicago, IL 60661

**BERRY & ASSOCIATES**

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com
*Counsel for Plaintiff*